

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Victoria Kathryn Holloway
a/k/a Victoria Maly,

Vs. No. 11-16-00057-CR

The State of Texas,

\* From the 35th District Court
   of Brown County
   Trial Court No. CR22715.

 \* March 8, 2018

\* Memorandum Opinion by Wright, S.C.J.
   (Panel consists of: Willson, J.,
   Bailey, J., and Wright, S.C.J., sitting
   by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.